EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 7 2004

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>              Plaintiff,          )<br>                                 )<br>         vs.                     )<br>                                 )<br> TIMOTHY CREGAN,                  )<br>                                 )<br>              Defendant.         )<br>_____ ) | CR. NO. CR04-00447 HG<br><br>INDICTMENT<br><br>18 U.S.C. § 2113(a) |

INDICTMENT

<u>COUNT 1</u>
(18 U.S.C. § 2113(a))

The Grand Jury charges that:

On or about November 8, 2004, in the District of Hawaii, the defendant TIMOTHY CREGAN, by intimidation, did attempt to take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of Central Pacific Bank, downtown branch, which is a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Section 2113(a).

DATED: November 17, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. TIMOTHY CREGAN
Cr. No.        (Indictment)

2