EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Chief, Major Crimes Section

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00447 HG |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| TIMOTHY CREGAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against the defendant Timothy Cregan on the grounds that he pleaded guilty to a Felony Information encompassing the identical offense conduct under Cr. No. 05-00302 HG.  On February

2, 2006, this Honorable Court sentenced the defendant based on his plea to the Information.

        DATED:   February 2, 2006, at Honolulu, Hawaii.

                           EDWARD H. KUBO, JR.
                           UNITED STATES ATTORNEY
                           District of Hawaii


                           By /s/ Marshall H. Silverberg
                              MARSHALL H. SILVERBERG
                              Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.



                                         _____
                                         Helen Gillmor
                                         Chief United States District Judge


United States v. Timothy Cregan
Cr. No. 05-00302 HG
Order for Dismissal